UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LANCE JAMES WELLS,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION NO. |
| VS.  ) | |
| ) | 3:14-CV-2874-G (BH) |
| SOUTHWESTERN ASSEMBLIES OF  ) | |
| GOD UNIVERSITY,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant's motion to dismiss, filed January 7, 2015 (docket entry 15) is **GRANTED**, and the remaining motions are **DENIED** as **MOOT**.  By separate

judgment, the claims against Southwestern Assemblies of God University will be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

    **SO ORDERED**.

September 17, 2015.

                                      */s/ A. Joe Fish*
                                    **A. JOE FISH**
                                    **Senior United States District Judge**